Antonio SAUNDERS, Plaintiff—
Appellant,

v.

Officer DICKERSON, Master Jail Offi-
cer, Classification Officer; R. Cherry,
Superintendent; C. Perkins, Common-
wealth Attorney; H. Gwynn, Assistant
Commonwealth Attorney; Jane Doe,
Commonwealth Attorney Office Em-
ployee, Defendants—Appellees.

No. 08–7268.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 30, 2009.

Decided: Feb. 27, 2009.

Antonio Saunders, Appellant Pro Se.

Before MICHAEL, GREGORY, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Antonio Saunders appeals the district
court's order dismissing his 42 U.S.C.
§ 1983 (2000) complaint under 28 U.S.C.
§ 1915A(b) (2000). We have reviewed the
record and find no reversible error. Ac-
cordingly, we affirm for the reasons stated
by the district court. *Saunders v. Dicker-
son,* No. 1:07–cv–01094–LMB, 2008 WL
2543428 (E.D. Va. June 25, 2008). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court

and argument would not aid the decisional
process.

*AFFIRMED.*